# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMITRA SMITH,<br><br>  Petitioner,<br><br>  v.<br><br>WALTER MILLER, Warden,<br><br>  Respondent. | Case No.: 1:12-cv-00790-JLT<br><br>ORDER REQUIRING PETITIONER TO SUBMIT SIGNED DECLARATION |

Petitioner is a state prisoner proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant petition on May 14, 2012. (Doc. 1). Upon a close examination of the petition, the Court has discovered that the petition does not contain an original signature or date on that portion of the form provided for the author's signature and date. Local Rule 131 requires a document submitted to the Court for filing to include an original signature. In addition, Rule 2 of the Rules Governing Section 2254 Cases requires a petition for writ of habeas corpus to "be signed under penalty of perjury by the petitioner." Neither of these requirements has been complied with.

However, in light of the difficulty in having Petitioner submit a new habeas corpus petition, Petitioner will be ordered to submit a document, in the form of a declaration, stating that she submitted the instant petition to the Court and sign it under penalty of perjury. *The document should contain an*

1

*original signature and date*.  Petitioner is GRANTED twenty (20) days from the date of service of this order to comply with the Court's directive.

Petitioner is forewarned that failure to comply with a Court order will result in dismissal of the petition pursuant to Local Rule 110.

IT IS SO ORDERED.

Dated:   **May 21, 2012**                                       **/s/ Jennifer L. Thurston**
                                                                        UNITED STATES MAGISTRATE JUDGE